# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 3, 2008

*Before*

JOHN L. COFFEY, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

Nos. 06-2901 & 06-3252

| | |
|---|---|
| ERIC JOELNER, FISH, INC. D/B/A XXXTREME ENTERTAINMENT, FREE SPEECH, INC., and FIRST AMENDMENT, INC., | Appeal from the United States District Court for the Southern District of Illinois. |
| *Plaintiffs-Appellees*, | No. 03 C 325 |
| *v.* | G. Patrick Murphy, *Judge*. |
| THE VILLAGE OF WASHINGTON PARK, ILLINOIS, | |
| *Defendant-Appellant*. | |

ORDER

The opinion issued in the above-entitled cause, *Joelner v. Village of Washington Park*, 508 F.3d 427 (7th Cir. 2007) is amended as follows:

At page 433, column one, lines 21 and 22, the parenthetical "(from which the alcohol ban is not severable)" is deleted.

Now, on consideration of the Appellant's Petition for Rehearing and the Answer to Appellant's Petition for Rehearing, filed herein, all of the judges on the original panel have voted to deny rehearing. It is, therefore, **ORDERED** that the Appellant's Petition for Rehearing is **DENIED**.